Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nonelectric dry shavers similar in all material respects to those the subject of Abstract 63302, the claim of the plaintiff was sustained.

MARCH 15, 1960

No. 63978.—SUIT 4977.—B. A. McKenzie & Co., Inc., and W. J. Byrnes and Company, a/c M. S. Cowen Co. v. United States.— —C.D. 2019 affirmed December 7, 1959. C.A.D. 726.

BEFORE THE FIRST DIVISION, MARCH 21, 1960 .

No. 63979.—R. J. Saunders Co., Inc. v. United States, protest 59/8261 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 63980.—Venetianaire Corp. of America v. United States, protest 59/26054 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D.N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 63981.—R. J. Saunders & Co., Inc. v. United States, protest 59/28072 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D.N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

**No. 63982.**—Eastern Commission Co., Inc., et al. *v.* United States, protests 59/19897, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

**No. 63983.**—Ameln Brothers, Inc., and F. Murray Hill Co., Inc., et al. *v.* United States, protests 58/13694, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C.D. 1862), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 21, 1960

**No. 63984.**—Gamble Vargish & Co. DBA Seabury & Co. and American Express Co. *v.* United States, protest 58/18041 (Los Angeles).

FORD, Judge: This case involves the classification and consequent assessment of duty on certain items described on the invoice as "pigtails," which consist of a length of brass wire insulated by a plastic covering with a metal ferrule and a spring between two fiber washers. Duty at the rate of 21 per centum ad valorem was assessed thereon by the collector of customs under the provisions of paragraph 397 of the Tariff Act of 1930, as modified by the Sixth Protocol of Supplementary Concessions to the General Agreement on Tariffs and Trade, 91 Treas. Dec. 150, T.D. 54108, which, so far as pertinent, reads: